**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 7, 2026

**Via ECF**
Honorable Lewis Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

MEMO ENDORSED

Re: *Dapero Mayer et al. v. USCIS et al.*, 26 Civ. 6453 (LAK)

Dear Judge Kaplan:

This Office represents defendants the U.S. Citizenship and Immigration Services ("USICS") and Department of Homeland Security in the above-referenced action, in which plaintiffs Stefania Florencia Dapero Mayer and Antonio Abel Jeremias Miche Forziano, recipients of Diversity Immigrant Visas ("DVs"), are challenging two USCIS Policy Memoranda that they allege have unlawfully resulted in a "hold" on their adjustment of status applications. The Court directed the Government to respond to Plaintiffs' motion by August 10, 2026 at 5:00 PM, with Plaintiff to file reply papers by August 11, 2026 at 5:00 PM. The Court set a hearing for August 12, 2026 at 11:00 AM. Because USCIS is now moving expeditiously to adjudicate Plaintiffs' applications—and has scheduled an interview for Tuesday, August 11 at 8:30 AM—the parties write jointly to request that the Court adjourn the August 12 hearing and hold briefing on Plaintiffs' motion in abeyance so that the parties may submit a status report by August 24, 2026.

We thank the Court for its consideration.

Respectfully,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

Granted

SO ORDERED

BY: */s/ Gregory Margolis*

LEWIS A. KAPLAN, USDJ

8/8/26

GREGORY MARGOLIS
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2677
gregory.margolis@usdoj.gov

cc: All Counsel of Record (via ECF)